# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Scott Kettles,

                Plaintiff,        Case No. 19-13808

v.                                    Judith E. Levy
                                        United States District Judge

New Center Stamping, Inc.,

                                        Mag. Judge R. Steven Whalen

                Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [19]

      This case is before the Court on Defendant New Center Stamping, Inc.'s motion for summary judgment. (ECF No. 19.) On June 3, 2021, a hearing was held by video conference and oral argument was heard. For the reasons set forth on the record, Defendant's motion is GRANTED and this case is dismissed with prejudice.

      IT IS SO ORDERED.

Dated: June 7, 2021                s/Judith E. Levy
Ann Arbor, Michigan            JUDITH E. LEVY
                                        United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 7, 2021.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
