UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Scott Kettles,

                Plaintiff,        Case No. 19-13808

v.                                   Judith E. Levy
                                   United States District Judge

New Center Stamping, Inc.,

                                   Mag. Judge R. Steven Whalen

                Defendant.

_____/

## **JUDGMENT**

Pursuant to the order entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

                                            KINIKIA D. ESSIX
                                            CLERK OF THE COURT

                                By:   s/William Barkholz
                                            DEPUTY COURT CLERK

Date: June 7, 2021

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE